IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR345 |
| Plaintiff, | ) ) ) | **ORDER TO SEAL DOCUMENT** |
| v. | ) ) | |
| SONDRA HAMILTON, | ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 30th day of April, 2007, on the Motion of the Defendant (Filing No. 24) for an order to seal her "Sealed Motion to Review Detention and Request for Evidentiary Hearing Before Judge Bataillon. (Filing No. 25).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document (Filing No. 25) named in Defendant's Motion Requesting Certain Documents to be Sealed shall be filed under seal. The Defendant has already filed the subject motion under seal and the motion need not be re-filed.

BY THE COURT:

Date: April 30, 2007

s/Joseph F. Bataillon
HON. JOSEPH F. BATAILLON
Chief United States District Judge