IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR345 |
| | ) | |
| v. | ) | |
| | ) | |
| SONDRA HAMILTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's Motion to Extend Defendant's Self-Surrender Date (Filing No. 38). The court consulted the U.S. Pretrial Officer and finds that the motion should be denied.

SO ORDERED.

DATED this 6th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge